UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. C06-220-JLR |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DOMINGO SANTANA, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Conspiracy to Distribute Methamphetamine, Distribution of Methamphetamine, Importation of Methamphetamine, Conspiracy to Engage in Money Laundering, Criminal Forfeiture

<u>Date of Detention Hearing</u>:   Initial Appearance July 24, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                    Rev. 1/91
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was arrested in the Eastern District of California due to an arrest warrant issued out of this District. He was born in Mexico and is believed to be in this country illegally. He was not interviewed by Pretrial Services.

(2) Because of the likely immigration detainer, defendant does not contest detention.

(3) Defendant poses a risk of danger due to illegal status in the United States, association with an alias name, lack of verified background information, and no known ties to this District. He is viewed as a risk of danger due to the nature of the current charges.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>24th</u> day of July, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                    15.13
18 U.S.C. § 3142(i)                                                                                Rev. 1/91
PAGE 3